**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-24-00428-001-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| Alex Javier Medina-Penuelas, | |
| Defendant. | |

As the parties are aware, the Final Pretrial Conference ("FPTC") is scheduled for March 24, 2025 at 1:00 PM. (Doc. 88.)

In advance of the FPTC, the Court sent questionnaires to the prospective jurors containing the following questions: (1) "Would the length of the trial or the proposed schedule create an undue hardship for you if selected to serve on the jury"; and (2) "Do you, or a member of your household, have any health concerns or disabilities [including COVID related concerns] that you believe might affect your duties as a juror or would make it difficult to be a fair, impartial and attentive juror?" The questionnaire also requested explanation in the event of a positive answer to either question.

The Court has now reviewed the questionnaires submitted by the prospective jury panel. The Court's tentative view is that the following prospective jurors should be dismissed: 3 (childcare concerns and disability), 11 (financial hardship), 20 (not available on first day of trial), 22 (elder care), 24 (financial hardship), 38 (financial hardship), 66 (financial hardship), 96 (financial hardship), 97 (childcare concerns), 111 (childcare

concerns), 144 (disability), 148 (elder care), 160 (medical concerns), 177 (work-related hardship), 182 (disability), 207 (financial hardship and spousal care), 209 (financial hardship), 212 (financial hardship), 271 (work-related hardship), 273 (not available on first day of trial), 285 (childcare concerns), 286 (childcare and sibling care concerns), 317 (financial hardship), 320 (financial hardship), 322 (disability), 323 (disability), 336 (spousal care concerns), 353 (childcare concerns and financial hardship), 359 (childcare concerns), and 372 (work-related hardship).

Unless either party objects during the FTPC (in which case each individual objection will be further discussed), these prospective jurors will be dismissed. During the FPTC, the parties also may identify any additional prospective jurors, beyond the ones identified above, who they believe should be dismissed based on scheduling conflicts.

Finally, the Court recognizes that several prospective jurors have identified various other reasons why they feel they would be unable to serve. Such concerns will be addressed during jury selection on the first day of trial.

Dated this 20th day of March, 2025.

Dominic W. Lanza
United States District Judge

- 2 -